# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE AGFEED INDUSTRIES, INC.<br>DERIVATIVE LITIGATION | ) Lead Case No. 3:11-cv-01087<br>)<br>) Judge Todd J. Campbell<br>) Magistrate Judge E. Clifton Knowles<br>) |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF AUTOMATIC STAY

PLEASE BE ADVISED that on July 15, 2013, AgFeed Industries, Inc. (the "Debtor"), a defendant in this action, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case Number 13-11761. As a result of the bankruptcy filing, any further action against the Debtor is stayed under section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtor or its property without obtaining relief from the automatic stay from the Bankruptcy Court may be subject to a finding of contempt and the assessment by the Bankruptcy Court of penalties, fines and/or sanctions, as may be appropriate.

Respectfully submitted,

By: /s/ Overton Thompson III
Overton Thompson III (TN #011163)
E. Steele Clayton, IV (TN #17298)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6270

othompson@bassberry.com
sclayton@bassberry.com

William R. Baker III (Pro Hac Vice)
Michele E. Rose (Pro Hac Vice)
J. Christian Word (Pro Hac Vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
william.baker@lw.com
michele.rose@lw.com
christian.word@law.com

*Attorneys for Defendants John A. Stadler, K. Ivan F. Gothner, Bruce Ginn, David Michael Johnson, Arnold Staloff, Fredric Rittereiser, and AgFeed Industries, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

Paul Kent Bramlett
Robert P. Bramlett
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Mark Taylor
Patrick Powers
Peyton Healey
POWERS TAYLOR LLP
Campbell Center II
8150 North Central Expy., Suite 1575
Dallas, TX 75206
Patrick@powerstaylor.com
mark@powerstaylor.com
peyton@powerstaylor.com

Robert I. Harwood
Peter W. Overs, Jr.
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
rharwood@hfesq.com
povers@hfesq.com

Lionel Z. Glancy
Ex Kano S. Sams II
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
lglancy@glancylaw.com
esams@glancylaw.com

Wade B. Cowan
DAVIES HUMPHREYS HORTON & REESE PLC
150 Second Avenue North, Suite 225
Nashville, TN 37201
wcowan@dhhrplc.com

Kenneth G. Gilman
GILMAN LAW LLP
3301 Bonita Beach Rd., Suite 307
Bonita Springs, FL 34134
kgilman@gilmanpastor.com

Eduard Korsinsky
Michael Harris Rosner
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
ek@zlk.com
mrosner@zlk.com

/s/ Overton Thompson III

12077825.1