IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ARMAD ARSHI, et al. )
) NO. 3-11-1087
) LEAD CASE
v. ) MEMBER CASES:
) NOS. 3-11-1069 and 3-11-1223
) JUDGE CAMPBELL
JOHN A. STADLER, et al, )

ORDER

The last activity in this consolidated action was on July 19, 2013. The parties shall file, by February 27, 2015, a Status Report indicating the status of these case and stating why they should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE