**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE AGFEED INDUSTRIES, INC. DERIVATIVE LITIGATION | Lead Case No. 3:11-cv-01087<br><br>Judge Todd J. Campbell<br>Magistrate Judge E. Clifton Knowles |

**STATUS REPORT AND STIPULATION AND ORDER**
**REGARDING VOLUNTARY DISMISSAL OF ACTION**

In response to the Court's February 11, 2015 Order, Counsel for Plaintiffs Ahmad Arshi, Joshua Miller, Joseph G. Spinella, and William Nix (collectively "Plaintiffs"), along with counsel for defendants John A. Stadler, K. Ivan F. Gothner, David Michael Johnson, Fredric Rittereiser, Arnold Staloff, (collectively "US Defendants") hereby jointly provide this status report and stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure for dismissal of the above-referenced action without prejudice. Counsel for Plaintiffs seeks voluntary dismissal of the action in light of AgFeed's voluntary petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code.

Plaintiffs and Defendants agree that, at all times relevant to this action, the parties and their counsel complied with Rule 11 of the Federal Rules of Civil Procedure and all other rules and laws in connection with this action. Plaintiffs and Defendants further agree that no award of attorneys' fees or costs shall be made to any parties, and that no costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by any parties.

| | |
|---|---|
| Respectfully submitted,<br><br>By: */s/ Overton Thompson*<br>Overton Thompson III (TN #011163) | By: */s/ Robert I. Harwood*<br>Robert I. Harwood (*Pro Hac Vice*) |

| | |
|---|---|
| E. Steele Clayton, IV (TN #17298)<br>BASS, BERRY & SIMS PLC<br>150 Third Ave., South, Suite 2800<br>Nashville, TN 37201<br>Telephone: (615) 742-6270<br>othompson@bassberry.com<br>sclayton@bassberry.com<br><br><br>William R. Baker III (*Pro Hac Vice*)<br>J. Christian Word (*Pro Hac Vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-2200<br>william.baker@lw.com<br>christian.word@law.com<br><br>***Attorneys for Defendants John A. Stadler, K.<br>Ivan F. Gothner, Bruce Ginn, David Michael<br>Johnson, Arnold<br>Staloff, Fredric Rittereiser,*** | Peter W. Overs, Jr. (*Pro Hac Vice*)<br>HARWOOD FEFFER LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 935-7400<br>Facsimile: (212) 753-3630<br>rharwood@hfesq.com<br>povers@hfesq.com<br>***Plaintiffs Co-Lead Counsel and Member of<br>the Executive Committee for Plaintiffs***<br><br>By*: /s/ Ex Kano S. Sams II*<br>Ex Kano S. Sams II (*Pro Hac Vice*)<br>Lionel Z. Glancy<br>GLANCY BINKOW & GOLDBERG<br>LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>esams@glancylaw.com<br>lglancy@glancylaw.com<br><br>***Member of the Executive Committee for<br>Plaintiffs*** |
| By: */s/ Kenneth G. Gilman*<br>Kenneth G. Gilman (*Pro Hac Vice*)<br>GILMAN LAW LLP<br>3301 Bonita Beach Rd., Suite 307<br>Bonita Springs, FL 34134<br>Telephone: (239) 221-8301<br>kgilman@gilmanpastor.com<br><br>***Plaintiffs Co-Lead Counsel and Member of<br>the Executive Committee for Plaintiffs*** | By: */s/ Wade B. Cowan*<br>Wade B. Cowan (TN #9403)<br>DAVIES HUMPHREYS HORTON &<br>REESE PLC<br>150 Second Avenue North, Suite 225<br>Nashville, TN 37201<br>Telephone: (615) 256-8125, ext. 230<br>wcowan@dhhrplc.com<br><br>***Plaintiffs Co-Liaison Counsel*** |
| By: /*s/ Eduard Korsinsky*<br>Eduard Korsinsky (*Pro Hac Vice*)<br>Michael Harris Rosner (*Pro Hac Vice*)<br>LEVI & KORSINSKY LLP<br>30 Broad Street, 24th Floor<br>New York, NY 10004<br>Telephone: 212.363.7500 | By: */s/ Patrick Powers*<br>Patrick Powers (*Pro Hac Vice*)<br>Mark Taylor (*Pro Hac Vice*)<br>Peyton Healey (*Pro Hac Vice*)<br>POWERS TAYLOR LLP<br>Campbell Center II<br>8150 North Central Expy., Suite 1575 |

| | |
|---|---|
| Facsimile: 212.363.7171<br>ek@zlk.com<br>mrosner@zlk.com<br><br>***Member of the Executive Committee for Plaintiffs*** | Dallas, Texas 75206<br>Telephone: (214) 736-1343<br>Patrick@powerstaylor.com<br>mark@powerstaylor.com<br>peyton@powerstaylor.com<br><br>***Member of the Executive Committee for Plaintiffs*** |
| By: */s/ Paul Kent Bramlett*<br>Paul Kent Bramlett (TN #7387)<br>(MS #4291)<br>Robert Preston Bramlett (TN #25895)<br>BRAMLETT LAW OFFICES<br>P.O. Box 150734<br>Nashville, TN 37215<br>Telephone: (615) 248-2828<br>pknashlaw@aol.com<br>Robert@BramlettLawOffices.com<br><br>***Plaintiffs Co-Liaison Counsel*** | |

IT IS SO ORDERED

Dated:  February \_\_\_, 2015

Judge Todd J. Campbell
United States District Judge